AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Drew Sterrett | ) | |
| | ) | |
| | ) | Civil Action No. 2:14-cv-11619 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Heather Cowan, et al, | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Malinda Matney


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah L. Gordon
> Deborah L. Gordon Assoc.
> 33 Bloomfield Hills Parkway
> Suite 220
> Bloomfield Hills, MI 48304


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*



By: _s/D. Worth_____
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: _April 23, 2014_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:14-cv-11619
Hon. Denise Page Hood

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Malinda Matney

Date of Service: _Tuesday 4-29-14_

## Method of Service

✓ Personally served at this address:

_350 Briarcrest Dr._
_Apt # 159_
_Ann Arbor, MI 48104-6793_

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _Lori Champe_

Signature of Server: _Lori Champe_

Date: _4-29-14_

Server's Address: _23161 Ranch Hill Dr_
_Southfield MI 48033_