UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DREW STERRETT,**

    Plaintiff,

vs.                                                       CASE NO. 2014-CV-11619

**HEATHER COWAN**, **JAY WILGUS,**      HON.  Denise Page Hood
**STACY VANDER VELDE, THEODORE**
**SPENCER, SUSAN PRITZEL, MIKIKO**   Mag. Judge David Grand
**SENJA, E. ROYSTER HARPER, MALINDA**
**MATNEY, ANTHONY WALESBY** and **LAURA**
**BLAKE JONES,** *employees of the University of*
*Michigan, sued in his or her personal and official*
*capacities, jointly and severally,*

    Defendants.
_____

## STIPULATED ORDER EXTENDING BRIEFING TO DEFENDANTS' MOTION TO DISMISS

The parties hereto, by and through their undersigned counsel, having stipulated and agreed to the following and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the briefing schedule for the currently pending motion to dismiss shall be as follows:

Plaintiffs' response brief will be due on June 24, 2014; and

Defendants' reply brief will be due on July 8, 2014.

Dated: June 04, 2014                     s/Denise Page Hood
                                                                   HON. Denise Page Hood
                                                                   U.S. District Court Judge

**APPROVED FOR ENTRY:**

| **DEBORAH GORDON LAW** | **MILLER CANFIELD PADDOCK &** |
|---|---|
| **Gordon, Laughbaum & Prescott** | **STONE, P.L.C.** |
| /s/**Deborah L. Gordon (P27058)** | **Thomas W. Cranmer (P25252**) |
| **Carol A. Laughbaum (P41711**) | **David O'Brien (P65532**) |
| Attorneys for Plaintiff | /s/**Paul Hudson (P69844)** |
| 33 Bloomfield Hills Parkway, Suite 220 | Attorney for Defendants Heather |
| Bloomfield Hills, Michigan 48304 | Cowan, Jay Wilgus, Stacy Vander |
| Telephone 248 258 2500 | Velde, Theodore Spencer, Susan |
| dgordon@deborahgordonlaw.com | Pritzel, E. Royster Harper, Malinda |
| claughbaum@deborahgordonlaw.com | Matney, Anthony Walesby & Laura |
| | Blake Jones |
| | 840 West Long Lake Road, Suite 200 |
| | Troy, Michigan 48098 |
| | Telephone 248 897 2000 |
| | cranmer@millercanfield.com |
| | hudson@millercanfield.com |