UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Drew Sterrett,

                           Plaintiff(s),

v.                                           Case No. 2:14–cv–11619–DPH–MJH
                                                       Hon. Denise Page Hood

Heather Cowan, et al.,

                           Defendant(s),
_____

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion to Dismiss – #18

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Denise Page Hood *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/L. Saulsberry
                                                      Case Manager

Dated:  July 18, 2014