Case No. 14-2248

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DREW STERRETT

    Plaintiff - Appellee

v.

HEATHER COWAN; JAY WILGUS; STACY VANDER VELDE; THEODORE SPENCER; SUSAN PRITZEL; E. ROYSTER HARPER; MALINDA MATNEY; ANTHONY WALESBY; LAURA BLAKE JONES, employees of the University of Michigan, in their personal and official capacities

    Defendants - Appellants

  Upon consideration of the appellants' motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

  It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed

  Furthermore, the appellee's motion to dismiss case for lack of jurisdiction is **MOOT**.

                        ENTERED PURSUANT TO RULE 45(a),
                        RULES OF THE SIXTH CIRCUIT
                        Deborah S. Hunt, Clerk

Issued: October 03, 2014

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 03, 2014

Mr. Thomas William Cranmer
Miller Canfield
840 W. Long Lake Road
Suite 200
Troy, MI 48098

Ms. Deborah L. Gordon
Law Offices
33 Bloomfield Hills Parkway
Suite 220
Bloomfield Hills, MI 48304

Mr. Paul D. Hudson
Miller Canfield
277 S. Rose Street
Suite 5000
Kalamazoo, MI 49007

Ms. Carol Laughbaum
Law Offices of Deborah L. Gordon
33 Bloomfield Hills Parkway
Suite 275
Bloomfield Hills, MI 48304

Mr. David Danny O'Brien
Miller Canfield
101 N. Main Street
Seventh Floor
Ann Arbor, MI 48104

              Re:  Case No. 14-2248, *Drew Sterrett v. Heather Cowan, et al*
                    Originating Case No. : 2:14-11619

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                                  Sincerely yours,

                                                  s/Jill Colyer
                                                  Case Manager
                                                  Direct Dial No. 513-564-7024

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue