2:14-cv-11619-DPH-MJH Doc # 91 Filed 10/01/15 Pg 1 of 2    Pg ID 1189    (1 of 2)
Case: 15-1121  Document: 35  Filed: 10/01/2015  Page: 1

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 01, 2015

Mr. David W. DeBruin
Jenner & Block
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001

Ms. Deborah L. Gordon
Law Offices
33 Bloomfield Hills Parkway
Suite 220
Bloomfield Hills, MI 48304

Ms. Sarah S. Prescott
Law Offices of Deborah L. Gordon
33 Bloomfield Hills Parkway
Suite 275
Bloomfield Hills, MI 48304

Re: Case No. 15-1121, *Drew Sterrett v. Heather Cowan*
Originating Case No. : 2:14-cv-11619

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 15-1121

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DREW STERRETT

       Plaintiff - Appellee

v.

HEATHER COWAN

       Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                           **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 01, 2015